UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAWN WHITE,

                Plaintiff,

v.

ARTICLE 7TH TRUST U/W/O HENRY PORRETTA, d/b/a FRANCES PORRETTA FAMILY LIMITED PARTNERSHIP; CYNTHIA PORRETTA; and DOUGLAS ELLIMAN LLC d/b/a PRUDENTIAL DOUGLAS ELLIMAN,

                Defendants.

Case No. 11-CV-04677 (WFK) (RER)

**STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dawn White, Defendant Douglas Elliman, LLC d/b/a Prudential Douglas Elliman, Defendant Cynthia Porretta, and Defendant Article 7th Trust u/w/o Henry Porretta d/b/a Frances Porretta Family Limited Partnership, by and through their undersigned counsel, as no Party to this action is an infant, incompetent person, or conservatee for whom a committee and/or guardian ad litem has been appointed with respect to this action, that the above-captioned action is hereby dismissed in its entirety, with prejudice, including but limited to, any and all cross-claims asserted by Defendants, and with no award of attorneys' fees or costs by the Court to any party, in accordance with the terms of the Stipulation dated June 2012.

GISKAN SOLOTAROFF ANDERSON & STEWART LLP
   11 Broadway, Suite 2150
   New York, New York 10004
   (646) 708-9004

By: _____
   Oren Giskan (OG 3667)

ATTORNEYS FOR PLAINTIFF DAWN WHITE

Dated: June ___, 2012

JACKSON LEWIS LLP
   666 Third Avenue
   New York, New York 10017
   (212) 545-4000

By: _____
   John A. Snyder (JS 4786)
   Samantha Abeysekera (SA 8198)

ATTORNEYS FOR DEFENDANTS DOUGLAS ELLIMAN, LLC d/b/a PRUDENTIAL DOUGLAS ELLIMAN

Dated: July 5, 2012


RUSKIN MOSCOU FALTISCHEK, P.C.
   East Tower, 15th Floor
   1425 RXR Plaza
   Uniondale, New York 11556
   (516) 663-6600

By: _____
   E. Christopher Murray (EM 8980)

ATTORNEYS FOR DEFENDANT ARTICLE 7TH TRUST u/w/o HENRY PORRETTA d/b/a PORRETTA FAMILY TRUST

Dated: July 1, 2012

JONES HIRSCH CONNORS MILLER & BULL, P.C.
   One Battery Park Plaza
   New York, New York 10004
   (212) 527-1000

By: _____
   Charles E. O'Bryan (CO 4505)

ATTORNEYS FOR DEFENDANT CYNTHIA PORRETTA

Dated: June ___, 2012

2

| | |
|---|---|
| GISKAN SOLOTAROFF ANDERSON & STEWART LLP<br>11 Broadway, Suite 2150<br>New York, New York 10004<br>(646) 708-9004 | JACKSON LEWIS LLP<br>666 Third Avenue<br>New York, New York 10017<br>(212) 545-4000 |
| By: _____<br>Amanda Masters (AM 6721) | By: _____<br>John A. Snyder (JS 4786)<br>Samantha Abeysekera (SA 8198) |
| ATTORNEYS FOR PLAINTIFF DAWN WHITE | ATTORNEYS FOR DEFENDANTS DOUGLAS ELLIMAN, LLC d/b/a PRUDENTIAL DOUGLAS ELLIMAN |
| Dated: June ___, 2012 | Dated: June ___, 2012 |
| RUSKIN MOSCOU FALTISCHEK, P.C.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale, New York 11556<br>(516) 663-6600 | JONES HIRSCH CONNORS MILLER & BULL, P.C.<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 527-1000 |
| By: _____<br>E. Christopher Murray (EM 8980) | By: /s/ Charles E. O'Bryan<br>Charles E. O'Bryan (CO 4505) |
| ATTORNEYS FOR DEFENDANT ARTICLE 7TH TRUST u/w/o HENRY PORRETTA d/b/a PORRETTA FAMILY TRUST | ATTORNEYS FOR DEFENDANT CYNTHIA PORRETTA |
| Dated: June ___, 2012 | Dated: July 5, 2012 |

The application is ✓ granted. ___ denied.
SO ORDERED
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 6, 2012
Brooklyn, New York

2